UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 04-10345-NMG |
| ) | |
| v. ) | |
| ) | |
| MOHAMMED ABDUL RASHEED QURAISHI, ) | |
| ) | SEALED |
| MOHAMMED ABDUL QAYIUM QURAISHI and ) | |
| ) | |
| MOHAMMED ABDUL AZIZ QURAISHI ) | |
| ) | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves the Court to seal the indictment, arrest warrants, this motion and any other paperwork related to this matter until further order of the Court. As grounds for this motion, the government states that public disclosure of the indictment and these materials might jeopardize efforts to arrest the defendants safely. The government submits that sealing the indictment will serve the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
KIMBERLY P. WEST
Assistant U.S. Attorney
(617)748-3176

DATED: November 18, 2004

11/18/04  _____, M. J. Allowed