UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMED ABDUL RASHEED QURAISHI,<br><br>MOHAMMED ABDUL QAYIUM QURAISHI and<br><br>MOHAMMED ABDUL AZIZ QURAISHI | CASE NO. 04-10345-NMG<br><br>VIOLATIONS:<br><br>8 U.S.C. §1324 --<br>Encouraging and Inducing Aliens to Come To, Enter and Reside in the United States in Violation of Law<br><br>18 U.S.C. §1512(b)(3) --<br>Witness Tampering<br><br>18 U.S.C. §2 --<br>Aiding and Abetting |

## INDICTMENT

**COUNT ONE:** (8 U.S.C. § 1324(a)(1)(A)(iv) – Encouraging and Inducing Aliens to Come to, Enter and Reside in the United States in Violation of Law)

The Grand Jury charges that:

From in or about July, 2003 through in or about December, 2003, in the District of Massachusetts, and elsewhere

**MOHAMMED ABDUL RASHEED QURAISHI,**

the defendant herein, did encourage and induce an alien, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence was or would be in violation of law.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and Title 18, United States Code, Section 2.

**COUNT TWO:** (8 U.S.C. § 1324(a)(1)(A)(iv) – **Encouraging and Inducing Aliens to Come to, Enter and Reside in the United States in Violation of Law**)

The Grand Jury further charges that:

From in or about June, 2002 through in or about October, 2004, in the District of Massachusetts, and elsewhere

**MOHAMMED ABDUL AZIZ QURAISHI,**

the defendant herein, did encourage and induce an alien, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence was or would be in violation of law.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and Title 18, United States Code, Section 2.

**COUNT THREE:**   (8 U.S.C. § 1324(a)(1)(A)(iv) – **Encouraging and Inducing Aliens to Come to, Enter and Reside in the United States in Violation of Law and for Commercial Advantage)**

The Grand Jury further charges that:

From in or about December, 2003 through in or about October, 2004 in the District of Massachusetts, and elsewhere

## MOHAMMED ABDUL QAIYUM QURAISHI,

the defendant herein, did, for the purpose of commercial advantage and private financial gain, encourage and induce an alien, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence was or would be in violation of law.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), (a)(1)(B)(i) and Title 18 United States Code, Section 2.

**COUNT FOUR:**   (18 U.S.C. § 1512(b)(3) – Witness Tampering)

The Grand Jury further charges that:

From in or about June, 2004 through in or about October, 2004, in the District of Massachusetts,

**MOHAMMED ABDUL AZIZ QURAISHI,**

the defendant herein, did attempt to corruptly persuade another person, with intent to hinder, delay, and prevent communication to a law enforcement officer of the United States of information related to the commission or possible commission of a federal offense.

All in violation of Title 18, United States Code, Section 1512(b)(3).

**COUNT FIVE:**     (18 U.S.C. § 1512(b)(3) – Witness Tampering)

The Grand Jury further charges that:

From in or about September, 2004 through in or about October, 2004, in the District of Massachusetts,

**MOHAMMED ABDUL QAYIUM QURAISHI,**

the defendant herein, did attempt to corruptly persuade another person, with intent to hinder, delay, and prevent communication to a law enforcement officer of the United States of information related to the commission or possible commission of a federal offense.

All in violation of Title 18, United States Code, Section 1512(b)(3).

**FORFEITURE ALLEGATION: 18 U.S.C. 982(a)(6)-- Criminal Forfeiture**

The Grand Jury further alleges that:

As a result of committing one or more of the offenses alleged in Counts One, Two and Three of this Indictment, charging encouraging and inducing aliens to come to, enter, and reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry, and residence was or would be in violation of law, in violation of 8 U.S.C. §1324(a)(1)(A)(iv):

**MOHAMMED ABDUL AZIZ QURAISHI** and

**MOHAMMED ABDUL RASHEED QURAISHI**,

defendants herein, upon conviction, shall forfeit to the United States, pursuant to 18 U.S.C. §982(a)(6)(A), any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; and any property real or personal that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; or that is used to facilitate, or is intended to be used to facilitate the commission of the offense.

1. Such property includes, but is not limited to, the following:

(a) The real property located at 80 Walnut Street, Unit 401, Canton Massachusetts 02021, more specifically described in the deed recorded on September 25, 2000, in the Norfolk County registry of deeds, book 14423, page 104;

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

>(a) cannot be located upon the exercise of due diligence;

>(b) has been transferred or sold to, or deposited with, a third party;

>(c) has been placed beyond the jurisdiction of the Court;

>(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), as incorporated by 18 U.S.C. §982(b), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property,

Such property includes, but is not limited to:

the real property located at 38 Kevin Clancy Way, Stoughton, Massachusetts, more fully described in the deed recorded at Book 15017, Page 403 of the Norfolk County Registry of Deeds, in the name of Abdul A. Quiraishi,

All in accordance with Title 18, United States Code, Section U.S.C. 982(a)(6) and Rule 32.2(a), Federal Rules of Criminal Procedure.

## A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
KIMBERLY P. WEST
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, November 18, 2004 @ 2:16 PM

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Category No. __II__   Investigating Agency __ICE__

City __Canton__   Related Case Information:

County __Norfolk__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __04-1803-CBS__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Mohammed Abdul Aziz Quraishi__   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __38 Kevin Clancy Way, Stoughton, MA__

Birth date: __1965__   SS#: __---- -- 0877__   Sex: __M__   Race: _____   Nationality: __Indian__

Defense Counsel if known: __Bill Brown__   Address: __31 Milk Street__
__Boston, MA 02109__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Kim West__   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/18/04__   Signature of AUSA: _[signature]_

◆JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy  _____

**Name of Defendant**    Mohammed Abdul Aziz Quaraishi

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1324(a)(1)(A)(iv) | encourag. inducing alien to reside in U.S. | 2 |
| Set 2 | 18 U.S.C. § 1512(b)(3) | witnes tampering | 4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

◆JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**           Category No. __II__           Investigating Agency __ICE__

City __Canton__                 Related Case Information:

County __Norfolk__              Superseding Ind./ Inf. _____   Case No. _____
                                Same Defendant _____   New Defendant _____
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number __04-1803-CBS__
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Mohammed Abdul Qayium Quraishi__         Juvenile  ☐ Yes   ☒ No

Alias Name   __a/k/a Mohammed AQ Quraishi, a/k/a Qaiyum Quraishi, a/k/a Mohammed Q. Quraishi__

Address   __38 Kevin Clancy Way, Stoughton, MA__

Birth date: __–/–/66__   SS#: __------ 8009__   Sex: __M__   Race: _____   Nationality: __Indian__

Defense Counsel if known:   __Bill Brown__              Address:  __31 Milk Street__
                                                                  __Boston, MA 02109__
Bar Number: _____

**U.S. Attorney Information:**

AUSA   __Kim West__                                Bar Number if applicable _____

Interpreter:  ☐ Yes   ☒ No        List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/18/04__          Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy  _____

**Name of Defendant**      Mohammed Abdul Qayium Quaraishi

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1324(a)(1)(A)(iv) | encourag. inducing alien to reside in U.S. | 3 |
| Set 2 | 18 U.S.C. § 1512(b)(3) | witness tampering | 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** ICE

**City** Canton     **Related Case Information:**

**County** Norfolk
- Superseding Ind./Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number 04-1803-CBS
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Mohammed Abdul Rasheed Quaraishi     Juvenile: [ ] Yes  [x] No

Alias Name: a/k/a Rasheed Quaraishi, a/k/a Mohammed AR Quaraishi,

Address: unknown

Birth date: 1971    SS#: ---3173    Sex: M    Race: _____    Nationality: Indian

Defense Counsel if known: Bill Brown     Address: 31 Milk Street, Boston, MA 02109

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Kim West     Bar Number if applicable: _____

Interpreter: [ ] Yes [x] No     List language and/or dialect: _____

Matter to be SEALED: [x] Yes [ ] No

[x] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document: [ ] Complaint [ ] Information [x] Indictment

Total # of Counts: [ ] Petty [ ] Misdemeanor [x] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/18/04     Signature of AUSA: _/s/_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy  _____

**Name of Defendant**    Mohammed Abdul Rasheed Quaraishi

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1324(a)(1)(A)(iv) | encourag. inducing alien to reside in U.S. | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  _____