# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10345-NMG** |
| MOHAMMED ABDUL RASHEED QUARAISHI, ) | |
| MOHAMMED ABDUL QAYIUM QURAISHI, ) | |
| MOHAMMED ABDUL AZIZ QUARAISHI, ) | |
|     Defendants,    ) | |

### STATUS REPORT
### February 11, 2005

**SWARTWOOD, M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

Defendants' counsel have requested additional time for a meaningful review of discovery produced by the Government with their clients. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on March 31, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from February 11, 2005 (date of expiration of prior order of excludable time) through March 31, 2005 (date by which Defendants and their counsel will have reviewed discovery produced by the Government).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, June 9, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE