UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>) Criminal No. 04-1034543MG<br>v. )<br>)<br>)<br>MOHAMMED ABDUL RASHEED QURAISHI, )<br>et al., )<br>)<br>          Defendants.        ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Kevin M. Plante, from the law firm of Hinckley Allen Snyder, LLP, 28 State Street, Boston, MA 02109 as an attorney of record for Mohammed Abdul Aziz Quraishi. I certify that I am admitted to practice in this Court.

Respectfully submitted,

**MOHAMMED ABDUL AZIZ QURAISHI**

By his attorney,

   /s/ Kevin M. Plante, Esq.
Kevin M. Plante, Esq. (BBO #630088)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: March 4, 2005

1

520089.1

## CERTIFICATE OF SERVICE

I, Kevin M. Plante, hereby certify that on this 4th day of March, 2005, I served a true and accurate copy of the foregoing document electronically to:

Al Chakravarty, Esq., Assistant U.S. Attorney
United States Attorney's Office
408 Atlantic Avenue
Williams Building, Suite 535
Boston, MA 02110

Frank Libby, Esq.
Kelly Libby & Hoopes
175 Federal Street
Boston, MA  02110

Peter E. Gelhaar, Esq.
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA  02108

/s/ Kevin M. Plante, Esq.
Kevin M. Plante, Esq.