# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| v. | ) **CRIMINAL ACTION** |
|  | ) **NO. 04-10345-NMG** |
| MOHAMMED ABDUL RASHEED QURAISHI, | ) |
| MOHAMMED ABDUL QAYIUM QURAISHI, | ) |
| MOHAMMED ABDUL AZIZ QUARAISHI, | ) |
| Defendants, | ) |

### ORDER OF EXCLUDABLE TIME
### June 6, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 2, 2005 (date of expiration of prior order of excludable time) through July 7, 2005 (date by which one phase of discovery shall be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE