UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>MOHAMMED ABDUL RASHEED QURAISHI, )<br>MOHAMMED ABDUL QAYIUM QURAISHI,  )<br>MOHAMMED ABDUL AZIZ QURAISHI,　  )<br>　　　　Defendants,　　　　　　  )  | CRIMINAL ACTION<br>NO. 04-10345-NMG |

**FINAL STATUS REPORT**
**October 13, 2005**

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Gorton, J. to whom this case is assigned:

1. <u>Request For Status Conference With District Judge</u>

Counsel for the parties have reported that this case is very close to resolution, but before a final agreement can be reached, counsel have requested a status conference with the District Judge. Therefore, I have granted that request and am returning this case to the District Judge for that purpose.

2. <u>Excludable Time</u>

With the assent of counsel for the parties, I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through October 12, 2005. Therefore, assuming no

further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, December 21, 2005</u>.

<pre>
                                        /s/Charles B. Swartwood, III
                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE
</pre>