UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,                )
                Plaintiff,               )
        v.                               ) Criminal No. 04-10345-NMG
                                         )
MOHAMMED ABDUL AZIZ QURAISHI,            )
                Defendant.               )
                                         )

## ORDER PARTIALLY VACATING
## PRELIMINARY ORDER OF FORFEITURE

**GORTON, D.J.,**

The United States of America having petitioned this Court

for an Order to vacate the Preliminary Order of Forfeiture

endorsed on February 28, 2006, only with respect to the real

property located at 38 Kevin Clancy Way, Stoughton,

Massachusetts, having a deed recorded at the Norfolk County

Registry of Deeds, Book 15017, Page 403 (the "Kevin Clancy Way

Property"), it is hereby

ORDERED, ADJUDGED and DECREED that the Preliminary Order of

Forfeiture shall be vacated only with respect to the Kevin Clancy

Way Property.

APPROVED AND SO ORDERED:

NATHANIEL M. GORTON
United States District Judge

Date: April 19    , 2006