UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 04-10345-NMG |
| | ) |
| MOHAMMED ABDUL RASHEED QURAISHI, | ) |
| MOHAMMED ABDUL QAYIUM QURAISHI, | ) |
| MOHAMMED ABDUL AZIZ QURAISHI, | ) |
| Defendants. | ) |
| | ) |

## UNITED STATES' MOTION FOR RELEASE OF *LIS PENDENS*

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the United States to release the Lis Pendens recorded at the Norfolk County Registry of Deeds against the real property, with all buildings, appurtenances, and improvements thereon, located at 38 Kevin Clancy Way, Stoughton, Massachusetts, having a deed recorded at the Norfolk County Registry of Deeds, Book 15017, Page 403 (the "Real Property").

As grounds for this motion, the United States submits that on April 19, 2006, the Court granted an Order Partially Vacating Preliminary Order of Forfeiture, only with respect to the Real Property.

WHEREFORE, the United States requests that the Court

authorize the <u>Lis</u> <u>Pendens</u> to be released.  A proposed Release of

<u>Lis</u> <u>Pendens</u> is submitted herewith for consideration by the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:<u>/s/ Kristina E. Barclay</u>
Kristina E. Barclay
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: June 1, 2006

### CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<u>/s/ Kristina E. Barclay</u>
Kristina E. Barclay
Assistant U.S. Attorney

Dated: June 1, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|         Plaintiff, | ) Criminal No. 04-10345-NMG |
|    v. | ) |
| | ) <u>Record Owner</u>: |
| MOHAMMED ABDUL RASHEED QURAISHI, | ) Abdul A. Quiraishi |
| MOHAMMED ABDUL QAYIUM QURAISHI, | ) |
| MOHAMMED ABDUL AZIZ QURAISHI, | ) <u>Property</u>: |
|         Defendants. | ) 38 Kevin Clancy Way |
| | ) Stoughton, Massachusetts |
| | ) |
| | ) <u>Quitclaim Deed</u> |
| | ) Book 15017, Page 403 |

**RELEASE OF *LIS PENDENS***

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its
attorney, Michael J. Sullivan, United States Attorney for the
District of Massachusetts, hereby releases the <u>Lis</u> <u>Pendens</u> against
the real property, with all buildings, appurtenances, and
improvements thereon, located at 38 Kevin Clancy Way, Stoughton,
Massachusetts (the "Real Property").  For title to the Real Property,
<u>see</u> Book 15017, Page 403, of the Norfolk County Registry of Deeds.

This Release is made pursuant to an Order Partially Vacating
Preliminary Order of Forfeiture, <u>only</u> with respect to the Real
Property.

The <u>Lis</u> <u>Pendens</u> was endorsed by the District Court on November
30, 2004, and was recorded on December 8, 2004, at the Norfolk County
Registry of Deeds at Book 21860, Page 155.

Signed under the pains and penalties of perjury this 1st day of June, 2006.

MICHAEL J. SULLIVAN
United States Attorney


By:/s/ Kristina E. Barclay
    Kristina E. Barclay
    Assistant U.S. Attorney
    1 Courthouse Way
    Suite 9200
    Boston, MA  02210
    (617) 748-3100


COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                              Boston

Then personally appeared the above named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 1st day of June, 2006.


/s/ Nicole Swiec
Notary Public
My commission expires: 2/02/07

SO ORDERED AND ENDORSED:


_____
NATHANIEL M. GORTON
United States District Judge

Dated: _____

2