

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-10345-NMG |
|---|---|
| DEFENDANT<br>MOHAMMED ABDUL AZIZ QURAISHI | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:<br>PUBLICATION |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code): |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

KAB x3294

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>March 3, 2006 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br><br>Please see Remarks | Time of Service<br> | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | | Jun 1, 2006 |

**REMARKS:**

Notice was published as directed above by publication in the Boston Herald newspaper on March 22, 29 and April 5, 2006. Copy of Publisher's Certificate attached.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

```
              RECEIVED
             U.S. CUSTOMS
             FP&F - BOSTON

            2006 MY 10  AM 10: 39
```

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts  } ss.
County of Suffolk

On this __8th__ day of __May__ A.D. 20__06__ personally appeared before the undersigned, a Notary Public, within and for the said county, __Madeleine M. Sheehan__ of the __Boston Herald__, a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the __CA No. 04-10345-NMG__ advertisement was published in said newspaper in its issues of

__March 22, 29, April 5__ A.D. 20__06__

*(signature: Madeleine M. Sheehan)*

Subscribed and sworn to before me this __8th__ day of __May__ A.D. 20__06__

*(signature: Regina Munroe)*

Notary Public



"Notary Public"
Regina Munroe
Commonwealth of Massachusetts
My Commission Expires on March 30, 20__



[Newspaper clipping: United States District Court, District of Massachusetts, Notice of Order of Forfeiture, Criminal Action No. 04-10345-NMG, United States of America v. Boston, Massachusetts, February 28, 2005. Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interest of Defendant Mohammed Abdul Aziz Quraishi... Port Director, U.S. Customs and Border Protection, BHS, Ref: B456701560001201  Mar. 22, 29, Apr. 5]