

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-10345-NMG |
|---|---|
| DEFENDANT<br>**MOHAMMED ABDUL AZIZ QURAISHI** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:<br>80 Walnut Street, 401, Canton, Massachusetts, as more fully described in the Condominium Unit Deed dated September 25, 2000, recorded with the Norfolk County Registry of Deeds in Book 14423, Page 104. |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code): |

| Send NOTICE OF SERVICE copy to Requester:<br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve notice upon the real property referenced above of this forfeiture action by posting and walking the attached Preliminary Order of Forfeiture.     KAB x3294
CATS No. 05-USC-000756

| Signature of Attorney or other Originator requesting service on behalf of | [ X ] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>March 3, 2006 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM [ ] PM | |
| | Please see Remarks | | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer | June 1, 2006 | |
| **REMARKS:** | U.S. Customs & Border Protection | | |

Service was made as directed above by posting the Preliminary Order of Forfeiture. The posting was made by Immigration and Customs Enforcement Investigator James C. Burke on 3/24/2006. Please see attached copy of Process Receipt form signed by James Burke.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT     ☐ FOR CASE FILE     ☐ LEAVE AT PLACE OF SERVICE     ☐ FILE COPY

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-10345-NMG |
|---|---|
| DEFENDANT<br>MOHAMMED ABDUL AZIZ QURAISHI | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:<br>80 Walnut Street, 401, Canton, Massachusetts, as more fully described in the Condominium Unit Deed dated September 25, 2000, recorded with the Norfolk County Registry of Deeds in Book 14423, Page 104. |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code): |

| Send NOTICE OF SERVICE copy to Requester:<br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve notice upon the real property referenced above of this forfeiture action by posting and walking the attached Preliminary Order of Forfeiture. KAB x3294
CATS No. 05-USC-000756

| Signature of Attorney or Other Originator requesting service on behalf of | [ X ] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>March 3, 2006 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: *James Burke* | Date<br>032106 |
|---|---|---|---|---|

I hereby Certify and Return That I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>032406 | Time of Service  [ ] AM<br>3:50         [✓] PM |
| | Signature, Title and Treasury Agency<br>*James C Burke* INSIDE SA/HS/ICE | |
| REMARKS: PoF IN PLASTIC SLEEVE TAPED TO INSIDE FRONT DOOR, UNIT 401 AT LISTED ADDRESS | | |

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY