# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 04-10345-NMG |
| ) | |
| MOHAMMED ABDUL RASHEED QURAISHI, ) | |
| MOHAMMED ABDUL QAYIUM QURAISHI, ) | |
| MOHAMMED ABDUL AZIZ QURAISHI, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter my appearance in this action as counsel for the defendant Mohammed Abdul Aziz Quraishi.

Respectfully submitted,

**COUNSEL FOR MOHAMMED ABDUL AZIZ QURAISHI**

\_\_\_/s/ Laura B. Angelini_____
Laura B. Angelini, Esq. (BBO #658647)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
(617) 345-9000
langelini@haslaw.com

DATED: June 21, 2006

*#589305v1*   1

## CERTIFICATE OF SERVICE

      I, Laura B. Angelini, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 21, 2006.

                                                      /s/ Laura B. Angelini