UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUN 21 P 4: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                         )     Crim. No. 04-10345-NMG<br>)<br>MOHAMMED ABDUL RASHEED QURAISHI, )<br>MOHAMMED ABDUL QAYIUM QURAISHI,  )<br>MOHAMMED ABDUL AZIZ QURAISHI,         )<br>)<br>Defendants.                          )<br>_____) | |

### DEFENDANTS' JOINT MOTION TO FILE DOCUMENT UNDER SEAL (ASSENTED TO)

The Defendants, with the assent of Assistant United States Attorney Aloke Chakravarty, hereby jointly move the Court for leave to file under seal the accompanying Joint Motion to Extend Time to Object to the Presentence Report. The Motion is being filed under seal because it references certain documents, and matters concerning those document, that were previously filed under seal with the Court.

Respectfully submitted,

COUNSEL FOR AZIZ QUARAISHI,

_/s/ Laura B. Angelini_
Michael J. Connolly (BBO # 638811)
Laura B. Angelini (BBO #658647)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000

COUNSEL FOR RASHEED QUARAISHI,

*Frank Libby (BA)*
Frank A. Libby, Jr. (BBO No. 299100)
John J. Commisso, Esq. (BBO No. 647002)
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110
(617) 338-9300

COUNSEL FOR QAYIUM QUARAISHI,

*Peter Gelhaar (BA)*
Peter Gelhaar
Jill Brenner Meixel
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

ASSENTED TO:

*Aloke Chakravarty (BA)*
Aloke Chakravarty
Assistant U.S. Attorney
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210

Dated: June 21, 2006

### CERTIFICATE OF SERVICE

I, _____, certify that a copy of this document will be sent on June 21, 2006 and by first-class mail, postage pre-paid to counsel of record for each party.

Dated: June 21, 2006