UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                )
UNITED STATES OF AMERICA,                      )
                                                                )
        v.                                                     )        Crim. No. 04-10345-NMG
                                                                )
MOHAMMED ABDUL RASHEED QURAISHI,    )
MOHAMMED ABDUL QAYIUM QURAISHI,       )
MOHAMMED ABDUL AZIZ QURAISHI,            )
                                                                )
        Defendants.                                        )
_____)

**EMERGENCY MOTION OF DEFENDANT AZIZ QURAISHI
TO EXTEND HIS SELF-SURRENDER DATE FOR ONE WEEK**

NOW COMES Defendant Mohammed Abdul Aziz Quraishi ("Aziz") and respectfully moves this Court to extend his self-surrender date by one week, until May 25, 2007.  In support of this motion, Aziz states as follows:

1.        Aziz was sentenced in this matter on March 30, 2007.

2.        On April 11, 2007, a Judgment was entered against Aziz.  See Docket No. 113.  Pursuant to this Judgment, Aziz is required to self-surrender at the institution designated by the Bureau of Prisons before 2 p.m. on May 18, 2007.

3.        After his sentencing, Aziz was told by the Probation Service that he would receive notice of his prison designation by mail.

4.        Although Aziz has learned through conversations with the U.S. Marshals' Office that he has been designated to Big Spring, Texas, Aziz has not – as of this date -- received formal, written notice of this designation.  Thus, he has not made travel plans yet.

*#642429v1*

5.      Accordingly, Aziz respectfully requests a one-week extension, until May 25, 2007, in order to organize his affairs and make travel arrangements to Big Spring, Texas.

6.       This motion is filed on an emergency basis because Aziz's report date is this Friday, May 18, 2007.

7.      The United States does not assent to the requested relief.

8.      Aziz respectfully submits that no memorandum of law is required due to the nature of the relief requested.

WHEREFORE, Defendant Mohammed Abdul Aziz Quraishi respectfully requests that this Court grant his request for a one-week extension of his self-surrender date.

Respectfully submitted,

COUNSEL FOR AZIZ QUARAISHI,

/s/ Laura B. Angelini
Michael J. Connolly (BBO # 638811)
Laura B. Angelini (BBO #658647)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109
(617) 345-9000
langelini@haslaw.com

Dated: May 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

_____/s/ Laura B. Angelini_____

2