Case 1:04-cr-10345-NMG    Document 117    Filed 05/03/2007    Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MOHAMMED ABDUL RASHEED QURAISHI, <br> MOHAMMED ABDUL QAYIUM QURAISHI, <br> MOHAMMED ABDUL AZIZ QURAISHI, <br><br> Defendants. | Crim. No. 04-10345-NMG |

### *ASSENTED-TO* MOTION OF DEFENDANT AZIZ QURAISHI
### TO RELEASE $250,000.00 MORTGAGE BOND

NOW COMES Defendant Mohammed Abdul Aziz Quraishi ("Aziz") and hereby moves this Court to release the $250,000 mortgage bond on the real property located at 38 Kevin Clancy Way, Stoughton, Massachusetts (the "Real Property"). In support of this motion, Aziz states as follows:

1. On November 18, 2004, Aziz was named in two counts of a five-count Indictment charging him with Encouraging and Inducing Aliens to Come to, Enter and Reside in the United States in violation of Law, in violation of 8 U.S.C. §1324(a)(1)(A)(iv) and 18 U.S.C. § 2 (Count 2) and Witness Tampering, in violation of 18 U.S.C. § 1512(b)(3) (Count 4). He was also charged in a Criminal Forfeiture allegation per 18 U.S.C. § 982(a)(6).

2. On December 2, 2004, Aziz entered into a mortgage agreement with the Clerk of the United States District Court for the District of Massachusetts in the amount of $250,000 in favor of the United States of America (the "Mortgage Bond") for purposes of securing Aziz's conditions of release.

#640249v1    *Motion allowed.*  /s/ NM Gorton, USDJ  5/23/07