# DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Abdul Quiraishi to the Clerk of the United States District Court for the District of Massachusetts, for property located at 38 Kevin Clancy Way, Stoughton, Ma. dated 12/14/2004 and recorded in the official records of the Norfolk County Registry of Deeds at book 21882 and page 555 acknowledge satisfaction of the same.

Witness my hand and seal this 4 day of June, 2007.

Sarah Allison Thornton, Clerk
United States District Court District
of Massachusetts

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: 6/4/2007

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

Notary Public My commission expires: 10/11/2013

NANCY M. CASHMAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 11, 2013