UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CR10345-003-NMG |
| | ) | |
| MOHAMMED ABDUL AZIZ QURAISHI | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Mohammed Abdul Aziz Quraishi, by payment in full.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Christopher R. Donato
      CHRISTOPHER R. DONATO
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3303

Dated: June 15, 2007

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                       Boston, MA

I hereby certify that on June 15, 2007, this document was filed through the ECF system and sent to defendant's attorney, Michael Connolly, located in Boston, MA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

        /s/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney