

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR- 04-10345-NMG |
|---|---|
| DEFENDANT<br>MOHAMMED ABDUL AZIZ QURAISHI | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Bank of America, N.A. |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>4161 Piedmont Parkway, Greensboro, NC  27410 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>Kristina E. Barclay, Assistant U.S. Attorney<br>United States Attorney's Office<br>One Courthouse Way<br>Boston, MA  02210o | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve notice of a copy of the attached Final Order of Forfeiture to the above named institution by certified mail, return receipt requested.

DM x3673
CATS No. 05-USC-000756

| Signature of Attorney or other Originator requesting service on behalf of  [ X ]Plaintiff | Telephone No.<br>617-748-3100 | Date<br>10/4/06 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | PLEASE SEE REMARKS SECTION BELOW | | |
| | Signature, Title and Treasury Agency<br>Mary Lou Gilman USCustoms&BorderProtection<br>Forfeitures Specialist | | |

**REMARKS:**

The above described Order was served by certified mail #7001 2510 0003 4299 5136 (copy attached). Mailed October 11, 2006. Postal records indicate delivery/receipt on October 13, 2006

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY


**UNITED STATES POSTAL SERVICE**

Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **7001 2510 0003 4299 5136**
Status: **Delivered**

Your item was delivered at 11:33 am on October 13, 2006 in GREENSBORO, NC 27410.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >


POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do