

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>**CR- 04-10345-NMG** |
|---|---|
| DEFENDANT<br>**MOHAMMED ABDUL AZIZ QURAISHI** | TYPE OF PROCESS<br>**FINAL ORDER OF FORFEITURE** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Assessors Office |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>Town Hall, 801 Washington Street, Canton, MA  02021 |

| Send NOTICE OF SERVICE  copy to Requester:<br><br>Kristina E. Barclay, Assistant U.S. Attorney<br>United States Attorney's Office<br>One Courthouse Way<br>Boston, MA  022100 | Number Of Process To Be<br>Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be<br>Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve notice of a copy of the attached Final Order of Forfeiture to the above named institution by certified mail, return receipt requested.
DM x3673
CATS No. 05-USC-000756

| Signature of Attorney or other Originator requesting service on behalf of    [ X ]Plaintiff | Telephone No.<br>617-748-3100 | Date<br>10/4/06 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the<br>Total # of Process Indicated. | District of<br>Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY<br>AGENCY OFFICER. | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [  ] PERSONALLY SERVED, [  ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[  ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [  ]  A Person of suitable age and discretion then residing in the<br>defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of  Service | Time of  Service    [  ] AM    [  ] PM |
| | PLEASE SEE REMARKS SECTION BELOW<br><br>Signature, Title and Treasury Agency<br>Mary Lou Gilman  USCustoms&Border Protection<br>Forfeitures Specialist | 7-1-7-07 |

**REMARKS:**

The above described Order was served by certified mail #7001 2510 0003 4299 5105 (copy attached). Mailed on October 11, 2006. Postal records indicate delivery/receipt on October 12, 2006.

**TD F 90-22.48 (6/96)**

☐ **RETURN TO COURT**    ☐ **FOR CASE FILE**    ☐ **LEAVE AT PLACE OF SERVICE**    ☐ **FILE COPY**

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7001 2510 0003 4299 5105**
Status: **Delivered**

Your item was delivered at 10:31 am on October 12, 2006 in CANTON, MA 02021.

**Track & Confirm**

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Assessors Office
Town Hall
801 Washington St.
Canton, MA    02021

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7001 2510 0003 4299 5105

PS Form 3811, January 2001