

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR- 04-10345-NMG |
|---|---|
| DEFENDANT<br>MOHAMMED ABDUL AZIZ QURAISHI | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>80 Walnut Street, 401, Canton, MA, as more fully described in the Condominium Unit Deed dated September 25, 2000, recorded with the Norfolk County Registry of Deeds in Book 14423, Page 104. |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>Kristina E. Barclay, Assistant U.S. Attorney<br>United States Attorney's Office<br>One Courthouse Way<br>Boston, MA  02210o | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-named asset according to the attached Final Order of Forfeiture, Expedited Settlement Agreement and applicable law.
DM x3673
CATS No. 05-USC-000756

| Signature of Attorney or other Originator requesting service on behalf of  [ X ]Plaintiff | Telephone No.<br>617-748-3100 | Date<br>10/4/06 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | | Date |
|---|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ]  A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>PLEASE SEE REMARKS SECTION BELOW<br>Signature, Title and Treasury Agency<br>Mary Lou Gilman U.S.Customs&BorderProtection Forfeitures Specialist | Time of Service<br>7/19/07 | [ ] AM [ ] PM |

REMARKS:

The above described Property was sold at Treasury auction and deed finalized on May 31, 2007.  Amount received was $164,000.00

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection
## DISPOSITION ORDER
Tc-96-001, Tc-01-032

☐ CBP  ☐ OFO  ☐ OBP  ☒ ICE  ☐ IRS  ☐ USSS  ☐ USCG  ☐ OTHER _____

☐ Contractor
☐ Seizing Agency

| 1. SEACATS Seizure Case No. | 2. Agency Tracking No. | 3. Date |
|---|---|---|
| 2006040190001201 | UC32CI04UC0003 | 10/10/2006 |

**4. DISPOSITION INSTRUCTIONS:**

☐ REMIT
  ☐ Owner/Violator
  ☐ Authorized Agent
  ☐ Lien Holder
  (Complete Blocks 6 & 7)

☒ SELL
  ☐ Export Only
  ☐ Quick Sale
  ☐ Interlocutory
  ☒ Court Directed

☐ TRANSFER
  ☐ To Treasury Agent
  ☐ Other Federal Agency
  ☐ State & Local Law Enforcement Agency
  ☐ Donation to Charitable Institution
  (Complete Blocks 6 & 7)

☐ DESTROY
  Attach CBP 4613
  Order to Destroy
  (Complete Block 6)

☐ MANIPULATION
  (Complete Block 6)

☐ OTHER
  (Complete Block 6)

☐ ASSET SHARING (Complete Block 6)

(Please Print) James P. Nagle
FP&F Officer or Other Authorized Agency Representative

703-361-3131/FAX 703-361-3671
Contractor Office Telephone Number

**5. IDENTIFICATION OF PROPERTY:**
☐ Only sub-line items listed  ☐ All items in seizure  ☐ Only line items listed below  ☐ Partial line item quantity listed below

| Line Item No. | Description | Unit of Measure | Quantity |
|---|---|---|---|
| 1 | 80 Walnut Street, Unit 401, Canton, Ma | ea | 1 |

**6 SPECIAL INSTRUCTIONS:**  ☐ Waive all costs  ☐ Waive SCA only - Reason:

Please take custody of above mentioned property. There is an ASSET SHARE REQUEST. See attached Final Order of Forfeiture. Please contact SSA Colleen Forgetta upon receipt of this Dispo Order 617-565-7431

**7. RELEASE PROPERTY TO:**
Name of Agency/Organization: _____ Telephone No. _____
Name of Individual: _____
Address (City, State, Zip Code): _____

Caution: Property will be released ONLY to person named in Block 7 unless an agent is authorized. Approved agents must have proof of identification and a letter of authorization from person identified in Block 7.

☐ Remit ☒ Sell ☐ Transfer ☐ Destroy ☐ Manipulate ☐ Other  Drivers License or Passport Number _____

**8. DISPOSITION ACCOMPLISHED:**
Date Accomplished: 5/31/07   Charges Paid $ _____   Sale Price Received $ 164,000.00

(Print) Subcontractor Name: BEHOLOR
(Print) Contractor Name
Signature
(Print) Person Receiving Property Name
Signature
(Print) Seizing Agency Representative
Signature

**9. CONTRACTOR/SEIZING AGENCY REPRESENTATIVE AUTHENTICATION:**
APRIL WYANT/ADMIN. ASST.  Signature: April Wyant  Date: 6/25/07

INSTRUCTIONS TO OWNER/LIEN HOLDER: This property is in the custody of the Bureau of Customs and Border Protection seized property contractor. Reimbursement of costs incurred by the Seizing Treasury Agency for property management services is required. Those charges must be paid by cash or cashier's check. All cashier's checks must be made payable to "U. S. Customs and Border Protection/EG&G Agent." NOTE: Anyone acting as an agent of the owner/lien holder must have proof of identity and letter of authorization to claim the property. Personal checks, business checks or money orders are not acceptable.

Original - Issuing Seizing Agency/Office Case File; Canary - Contractor File; Pink - Person Recieving Seizure (Remittance, Transfers & Donation); Goldenrod - Agency Suspense

CBP Form 7605 (04/04)