


## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR- 04-10345-NMG |
|---|---|
| DEFENDANT<br>MOHAMMED ABDUL AZIZ QURAISHI | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>80 Walnut Street, 401, Canton, MA, as more fully described in the Condominium Unit Deed dated September 25, 2000, recorded with the Norfolk County Registry of Deeds in Book 14423, Page 104. |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>Kristina E. Barclay, Assistant U.S. Attorney<br>United States Attorney's Office<br>One Courthouse Way<br>Boston, MA  02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability Times.)

Please dispose of the above-named asset according to the attached Final Order of Forfeiture, Expedited Settlement Agreement and applicable law.
DM x3673
CATS No. 05-USC-000756

| Signature of Attorney or other Originator requesting service on behalf of  [X]Plaintiff | Telephone No.<br>617-748-3100 | Date<br>10/4/06 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. MA | District to Serve No. MA | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:<br>James C Burke | Date<br>10/25/06 |
|---|---|---|---|---|

I hereby Certify and Return That I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above:<br>Ian Gopin | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br>c/o G T G<br>Management and<br>Development<br>19 Brook Rd Suite 201<br>Needham, MA 02494<br>781-455-6565 | Date of Service<br>10-25-06 | Time of Service<br>10:20 | [✓] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>James C Burke | | |

REMARKS: Above took control of seized property for Michael DeSousa, EG+G Technical Services Gaithersburg, MD

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

# U.S. CUSTOMS SERVICE

NO. 2343664

## CUSTODY RECEIPT FOR SEIZED PROPERTY AND EVIDENCE

Handbook 5200-09

1. FPF No. 20040401900012-01
2. Incident No. 2004SZ01005390 1
3. Investigative Case No. UG32CI04UG0003
4. Prior Detention? Yes ☐  No ☑  If yes, CF 6051D No. _____
5. Date Seized (mm/dd/yyyy): 09/27/06
6. Time Seized (Use 24 Hrs): 1200
7. FDIN/Misc.
8. Seized From:
   Name: Mohammad Abdul "Aziz" Quarshi
   Address: 80 Walnut St #401, Canton, Mass
   Telephone No. (   )   Ext:
9. Entry No.
10. Seal or Other ID Nos.
11. Remarks: Final order of forfeiture signed by judge on 9/27/06
12. Send Correspondence to:

### 13. PROPERTY (By Line Item) Attach CF 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 1 | 80 Walnut St #401 Canton, MA | | | | | $181,000 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

14. Seizing Officer

| Print Name | Signature | Date |
|---|---|---|
| | | / / |

### 15. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1 | Property above | Colleen Furgala/SSA/ICE | [signature] | 10/18/06 |
| 1 | Property above | Ian Gopin, 4/6 Mgmt | [signature] | 10/25/06 |
| | "Property Sold/Closed" | | [signature] | 5/31/07 |

CF 6051A Continuation Sheet Attached? Yes ☐  No ☐

Customs Form 6051S (11/01)

Customs Retains Original



**EG&G TECHNICAL SERVICES, INC.**    10687 GASKINS WAY
SUITE 101
MANASSAS, VIRGINIA 20109-2371
PHONE: (703) 330-4284
FAX:    (703) 361-3671

June 25, 2007

Immigration and Customs Enforcement
Attn: Mr. James Nagle
10 Causeway Street, Suite 722
Boston, MA 02222-1054

Reference: 2004-0401-900012-01-001; 80 Walnut Street, Unit 401, Canton, MA

Dear Mr. Nagle:

Enclosed please find the accomplished Disposition Order and the original 6051 form for the above referenced property. If you have any questions, please contact Michael DeSousa, Northeast Region Operations Manager, at (301) 519-2304, or me at (703) 361-3131, extension 272.

Sincerely,

April Wyant
Administrative Assistant

Enclosures