

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR- 04-10345-NMG |
|---|---|
| DEFENDANT<br>MOHAMMED ABDUL AZIZ QURAISHI | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Mohammed Abdul Aziz Quraishi |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>38 Kevin Clancy Way, Stoughton, MA   02072 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>Kristina E. Barclay, Assistant U.S. Attorney<br>United States Attorney's Office<br>One Courthouse Way<br>Boston, MA   02210o | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve a copy of the attached Final Order of Forfeiture upon the above-referenced individual by certified mail, return receipt requested.
DM x3673

| Signature of Attorney or other Originator requesting service on behalf of   [ X ]Plaintiff | Telephone No.<br>617-748-3100 | Date<br>10/4/06 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ]  A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | PLEASE SEE REMARKS SECTION BELOW | | |
| | Signature, Title and Treasury Agency<br>Mary Lou Gilman US Customs & Border Protection<br>Forfeitures Specialist | | |

REMARKS:

The above described Order was served by certified mail #7001 2510 0003 4299 5112 (copy attached). Mailed October 11, 2006. Postal records indicate delivery/receipt on October 17, 2006.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7001 2510 0003 4299 5112**
Status: **Delivered**

Your item was delivered at 1:10 pm on October 17, 2006 in STOUGHTON, MA 02072.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved.  Terms of Use   Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.   CR04 10345 NMG

1. Article Addressed to:

Mohammed Abdul Aziz Quraishi
38 Kevin Clancy Way
Stoughton, MA  02072

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]       ☐ Agent
                     ☐ Addressee
B. Received by ( Printed Name )
C. Date of Delivery  10-17-0

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service lab)   7001 2510 0003 4299 5112

S Form 3811, August 2001    Domestic Return Receipt
200504

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Sent To  Mohammed Abdul Aziz Quraishi
Street, Apt No.;  38 Kevin Clancy Way
or PO Box No.
City, State, ZIP+4  Stoughton, MA 02072

[Postmark: JOHN F. KENNEDY STA, BOSTON MA, OCT 11 2006, 02174 USPS]

7001 2510 0003 4299 5112

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do