

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR- 04-10345-NMG |
|---|---|
| DEFENDANT<br>MOHAMMED ABDUL AZIZ QURAISHI | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Mohammed Abdul Rasheed Quraishi |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>1681 Bloomingdale Road, Glendale Heights, IL 60139 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>Kristina E. Barclay, Assistant U.S. Attorney<br>United States Attorney's Office<br>One Courthouse Way<br>Boston, MA 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)
Please serve notice of a copy of the attached Final Order of Forfeiture to the above named individual by certified mail, return receipt requested.
DM x3673

| Signature of Attorney or other Originator requesting service on behalf of [ X ]Plaintiff | Telephone No.<br>617-748-3100 | Date<br>10/4/06 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>PLEASE SEE REMARKS SECTION BELOW | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>Mary Lou Gilman U.S. Customs&Border Protection<br>Forfeitures Specialist | | |

REMARKS:

The above described Order was sent by certified mail #7001 2510 0003 4299 on October 11, 2006. Returned unclaimed on 11-08-2006. Sent via regular mail on 3-30-2007. Copy of certified mailing attached.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

 **UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7001 2510 0003 4299 5129**
Status: **Unclaimed**

Your item was returned to the sender on November 01, 2006 because it was not claimed by the addressee.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

es for your item sent to you or others by email.   Go >

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — JOHN F. KENNEDY ST, BOSTON MA, OCT 11 2006, 02114 USPS

t us   government services   jobs   National & Premier Accounts
nt © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

NOV 02 2006

Sent To
Mohammed Abdul Rasheed Quraishi
Street, Apt. No.,
or PO Box No. 1681 Bloomingdale Rd.
City, State, ZIP+4 Glendale Heights, IL 60139

PS Form 3800, January 2001    See Reverse for Instructions

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. CR 04 10345 NMG | A. Signature<br>X _Thomas Porter_  ☐ Agent  ☐ Addres<br>B. Received by (Printed Name)  C. Date of Deli<br>_THOMAS PORTER_<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br>Mohammed Abdul Rasheed Quraishi<br>1681 Bloomingdale Rd.<br>Glendale He~~ights, IL~~ | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchan<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  **7001 2510 0003 4299 5129** | |

http://trkcnfrm1.smi.usps.com/PTS

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M

2005 0401 000300i

**U.S. Customs and Border Protection**

10 CAUSEWAY STREET, ROOM 623
BOSTON, MA 02222

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN RECEIPT REQUESTED



CERTIFIED MAIL

7001 2510 0003 4299 5129

UNCLAIMED

Mohammed Abdul Rasheed Quraishi
1681 Bloomingdale Rd.
Glendale Heights, IL

2006 NO -8 PM 12:37
U.S. CUSTOMS
FP&F - BOSTON
RECEIVED



Mohammed Abdul Rasheed Quraishi
1681 Bloomingdale Road
Glendale Heights, IL 60139