

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR- 04-10345-NMG |
|---|---|
| DEFENDANT<br>MOHAMMED ABDUL AZIZ QURAISHI | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Laura B. Angelini, Esq., Counsel for Mohammed Abdul Aziz Quraishi. |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>Hinckley, Allen and Snyder, LLP, 28 State Street, Boston, MA  02109 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>Kristina E. Barclay, Assistant U.S. Attorney<br>United States Attorney's Office<br>One Courthouse Way<br>Boston, MA  02210o | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)
Please serve notice of a copy of the attached Final Order of Forfeiture to the above named individual by certified mail, return receipt requested.
DM x3673

| Signature of Attorney or other Originator requesting service on behalf of  [ X ]Plaintiff | Telephone No.<br>617-748-3100 | Date<br>10/4/06 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. _____ | District to Serve No. _____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [  ] PERSONALLY SERVED, [  ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[  ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served if not shown above: | [  ]  A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [  ] AM<br>[  ] PM |
| | PLEASE SEE REMARKS SECTION BELOW | | |
| | Signature, Title and Treasury Agency:<br>Mary Lou Gilman  USCustoms&BorderProtection | | |

| REMARKS: | Forfeitures Specialist |
|---|---|

The above described Order was served by certified mail #7001 2510 0003 4299 5143 (copy attached). Mailed on October 11, 2006. Postal records indicate delivery/receipt on October 12, 2006.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7001 2510 0003 4299 5143**
Status: **Delivered**

Your item was delivered at 9:59 am on October 12, 2006 in BOSTON, MA 02109.

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabel...