

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR- 04-10345-NMG |
|---|---|
| DEFENDANT<br>MOHAMMED ABDUL AZIZ QURAISHI | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Norfolk County Registry of Deeds |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>649 High Street, Dedham, MA 02026 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>Kristina E. Barclay, Assistant U.S. Attorney<br>United States Attorney's Office<br>One Courthouse Way<br>Boston, MA 02210o | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please record the attached Final Order of Forfeiture at the above referenced Registry of Deeds. For title to the property see Condominium Unit Deed dated September 25, 2000 recorded at Book 14423, Page 104.
DM x3673
CATS No. 05-USC-000756

| Signature of Attorney or other Originator requesting service on behalf of [ X ]Plaintiff | Telephone No.<br>617-748-3100 | Date<br>10/4/06 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [X] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | PLEASE SEE REMARKS SECTION BELOW | | |
| | Signature, Title and Treasury Agency<br>Mary Lou Gilman   USCustoms&BorderProtection<br>                   Forfeitures Specialist | | 7.10.07 |

**REMARKS:**

The above described Order was accomplished by recording at the Norfolk County Registry of Deeds, Book 24340, page 461 on December 7, 2006. Receipt copy attached.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY