UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MOHAMMED ABDUL RASHEED QURAISHI, | ) Cr. No.  04-10345-NMG |
| MOHAMMED ABDUL QAYIUM QURAISHI and | ) |
| MOHAMMED ABDUL AZIZ QURAISHI | ) |
| | ) |

## GOVERNMENT'S MOTION TO AMEND EXPENSE ESTIMATE

The Bureau of Prisons estimated that the total cost of the trip for both inmates would be $10,500.  See Declaration of Suzanne Hastings, ¶ 10.  However, it is unclear whether the Commonwealth of Massachusetts will exempt lodging taxes so there may be an additional $167 in lodging expenses, bringing the overall total estimate to $10,667.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                    By:    /s/ Kimberly P. West
                               KIMBERLY P. WEST
                               Assistant U.S. Attorney

DATE: January 8, 2008

CERTIFICATE OF SERVICE

      I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Kimberly P. West
      Kimberly P. West
      Assistant U.S. Attorney