UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.     )<br>)<br>MOHAMMED ABDUL RASHEED )<br>QURAISHI, MOHAMMED ABDUL )<br>QAYIUM QURAISHI, MOHAMMED )<br>ABDUL AZIZ QURAISHI )<br>)<br>Defendants )<br>) | Cr. No.   04-10345-MLW |

**DECLARATION OF TYLER BAXTER**

I, Tyler Baxter, hereby declare and state the following:

1. I am the Associate Warden of the Federal Correctional Institution (FCI) at Big Spring, Texas. I have held this position since January 7, 2007. I have been employed with the Federal Bureau of Prisons (BOP) since December 1, 1991.

2. On January 4, 2008, the Honorable Chief Judge Mark L. Wolf issued an order that required, among other things, the following:

   a. That the BOP shall by January 5, 2007[1], at 5:00 p.m., escort and transport the defendants (Inmates Mohammed Abdul Aziz Quraishi, Federal Register Number 80471-038 and Mohammed Abdul Qayium Quraishi, Federal Register Number 80470-038) to Boston, Massachusetts to visit their mother, who is expected to die soon, and to administer her last

---

[1] As the Order was issued on January 4, 2008, we assume that the Court meant that the compliance date at issue was January 5, 2008.

1

rites.

b. The BOP was ordered to allow the defendants to spends four days in Massachusetts.

c. The Court also specified that, if deemed necessary, the defendants may be handcuffed and/or shackled while traveling or being escorted by BOP personnel, except that they shall not be handcuffed or shackled while in the presence of their mother and other family members or friends who may be with her. The Court ordered that BOP personnel may, if necessary, remain outside of defendants' mother's room and, as agreed, shall be as respectful as possible, consistent with their duties, of the circumstances which motivated Judge Gorton to enter his December 28, 2007 Order.

3. Inmates Mohammed Abdul Qayium Quraishi and Mohammed Abdul Aziz Quraishi were transported from FCI Big Spring to Boston, Massachusetts on January 5, 2008. They arrived in Boston at approximately 12:00 p.m. (eastern time).

4. The Quraishis were permitted to visit with their mother at Good Samaritan Hospital in Boston, Massachusetts on January 6, 2008. The Quraishi's were not handcuffed or shackled while they were in the presence of their mother and other family members or friends who happened to be with her during their visit. BOP personnel remained outside of the room of the Quraishis' mother.

5. Another visit is scheduled for today, January 7, 2008. Pursuant to Judge Wolf's January 4, 2008 Order, defendants are

currently scheduled to visit with their mother January 6-9, 2008.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of January 2008 in Big Spring, Texas.

_____
Tyler Baxter
Associate Warden
Federal Correctional Institution
Big Spring, Texas

3