```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | |
| ) | Cr. No. 04-10345-NMG |
| ) | |
| MOHAMMED ABDUL QAYIUM QURAISHI ) | |
| MOHAMMED ABDUL AZIZ QURAISHI ) | |

ORDER

WOLF, D.J.                                              January 10, 2008

As stated in court on January 9, 2008, it is hereby ORDERED that:

1. The motion of Mohammed Abdul Qayium Quraishi and Mohammed Abdul Aziz Quraishi to Extend Massachusetts Visit (Docket No. 157) is ALLOWED to the following extent. The Bureau of Prisons ("BOP") shall allow the defendants to remain in Massachusetts and to visit their dying mother through January 11, 2008. As agreed, the BOP shall inform the defendants promptly if it is advised that their mother's death is believed to be imminent and escort them immediately to her so they may administer her last rites. The BOP may return the defendants to Texas on January 12, 2008.

2. If the defendants' mother passes away before they return to Texas and the defendants wish to move to extend their stay in order to perform her last rites, they shall file any such motion by 12:00 noon on January 11, 2008.

3. After defendants' mother dies, the BOP may file a motion seeking reimbursement for the costs attributable to the escorts it provided for defendants' trip to Boston, and a supporting affidavit

and memorandum. After receiving defendants' response, Judge Nathaniel Gorton or this court will decide the motion.

                                                      /s/ Mark L. Wolf
                                            UNITED STATES DISTRICT JUDGE