UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES<br><br>v.<br><br>MOHAMMED ABDUL QAYIUM QURAISHI, et al. | )<br>)<br>)<br>)<br>)   Cr. No. 04-10345-NMG<br>)<br>)<br>)<br>) |

### *ASSENTED-TO* MOTION TO IMPOUND DEFENDANTS' OPPOSITION TO THE GOVERNMENT'S MOTION TO REFUND EXPENSES

Defendants Mohammed Abdul Aziz Quraishi ("Aziz") and Mohammed Abdul Qayium Quraishi ("Farees") (collectively, the "Defendants") hereby respectfully move this Court for leave to file Defendants' Opposition to the Government's Motion to Refund Expenses ("Opposition") under seal.

In support of this Motion, Defendants state as follows:

1.  The Government filed a Motion to Refund Expenses, and the Defendants have opposed that motion, through the underlying Opposition.

2.  Defendants' Opposition contains confidential and sensitive information pertaining to the Defendants. This confidential information is contained within Defendants' sentencing memoranda, which remain under seal.

3.  Defendants represent that the impoundment order may be lifted upon the Court's disposition of this action, and all impounded materials may be returned to Defendants.

4.  The Government, through Assistant U.S. Attorney Kimberly West, assents to the requested relief.

#725228v1

WHEREFORE, Defendants respectfully requests that the Opposition be impounded until further Order of the Court. In addition, Defendants respectfully request that the Court accept the Opposition provisionally under Seal pending the Court's ruling on this Motion.

        Respectfully submitted,

        COUNSEL FOR AZIZ QURAISHI,

        /s/ Laura B. Angelini
        Michael J. Connolly (BBO # 638811)
        Laura B. Angelini (BBO #658647)
        Hinckley, Allen & Snyder LLP
        28 State Street
        Boston, MA 02109
        (617) 345-9000

        COUNSEL FOR FAREES QURAISHI,

        /s/ Jill Brenner Meixel
        Peter E. Gelhaar (BBO # 188310)
        Jill Brenner Meixel (BBO #652501)
        Donnelly, Conroy & Gelhaar, LLP
        One Beacon Street, 33rd Floor
        Boston, MA 02108
        (617) 720-2880

February 27, 2008

### LOCAL RULE 7.1 STATEMENT

I hereby certify that counsel for Defendants did confer in good faith with Assistant United States Attorney Kim West in an effort to narrow or resolve the issues raised in this motion.

        /s/ Laura B. Angelini
        Laura B. Angelini

CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of February, 2008, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                               /s/ Laura B. Angelini
                                               Laura B. Angelini