UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

2008 MAR 11  A 10: 21

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10345-NMG |
| MOHAMMED ABDUL RASHEED QURAISHI ) | |
| MOHAMMED ABDUL QAYIUM QURAISHI, and ) | |
| MOHAMMED ABDUL AZIZ QURAISHI ) | |

NOTICE OF WITHDRAWAL

Now comes the undersigned Assistant United States Attorney and hereby notices her withdrawal in the above-captioned matter.

MICHAEL J. SULLIVAN
United States Attorney

By: *Kimberly P. West*
KIMBERLY P. WEST
Assistant U.S. Attorney

DATED: March 5, 2008